Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel were Martie S. Adelman and Joshua P. Mayer, Attorneys.

## ORDER

### ON MOTION

The court construes Robin Weiss's July 8, 2014 motion for an extension of time to file the statement concerning discrimination and informal brief as a request for a 30–day extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Weiss's Form 10, Statement Concerning Discrimination is due no later than August 15, 2014, and her opening brief is due no later than August 27, 2014.

.

**Robin WEISS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2014–3105.

United States Court of Appeals, Federal Circuit.

July 15, 2014.

Robin Weiss, Kensington, MD, pro se.

Sara B. Rearden, Attorney, Michael Anton Carney, General Attorney, Merit Systems Protection Board, Washington, DC, for Respondent.